UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ROBERT F. STRANGE JR., § | Case No. 23-32598 |
| § | (Chapter 13) |
| Debtor. § | |
| _____ § | |
| § | |
| ROBERT STRANGE, JR. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Adv. No. 23-03138 |
| § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2004-4, ASSET-BACKED CERTIFICATES, SERIES 2004-4 § | |
| § | |
| Defendant. § | |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Robert Strange Jr. ("Plaintiff") and Defendant Deutsche Bank National Trust Company, As Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-4, Asset-Backed Certificates, Series 2004-4 ("Defendant"), hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, without prejudice, with each side to bear their own costs and attorneys' fees.

Dated: November 2, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Jason A LeBoeuf | */s/* Michael Weems |
| Jason A LeBoeuf | Michael Weems |
| LeBoeuf Law Firm, PLLC | State Bar No. 24066273 |
| 675 Town Square Blvd., Suite 200 | 1201 Louisiana, 28th FL |
| Garland, TX 75040 | Houston, Texas 77002 |
| Email: Jason@leboeuflawfirm.com | Telephone: (713) 328-2822 |
| Phone: (214) 206-7423 | mlw@hwa.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing has be filed with the Clerk of Court through CM/ECF, and undersigned thereby also served notice of foregoing on all parties of record on this November 2, 2023.

/s/ Jason A LeBoeuf
Jason A LeBoeuf
