United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 02, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROBERT F. STRANGE JR., | § | Case No. 23-32598 |
| | § | (Chapter 13) |
| Debtor. | § | |
| | § | |
| ROBERT STRANGE, JR. | § | |
| Plaintiff, | § | |
| v. | § | Adv. No. 23-03138 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2004-4, ASSET-BACKED CERTIFICATES, SERIES 2004-4 | § | |
| Defendant. | § | |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE

Upon consideration of the Unopposed Motion to Extend Deadline filed by Plaintiff, the Court hereby grants said Motion. It is therefore

ORDERED that the deadline for Plaintiff to file his response to Defendant's Motion to Dismiss is hereby extended to November 2, 2023.

Signed: November 01, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Strange, Jr,
    Plaintiff

Adv. Proc. No. 23-03138-cml

Deutsche Bank National Trust Company, As,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Nov 02, 2023 | Form ID: pdf002 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Deutsche Bank National Trust Company, As Trustee,, 1761 E Saint Andrew Place, Santa Ana, CA 92705-4934 |
| pla | + | Robert Strange, Jr, 5531 Cedar Creek Drive, Houston, TX 77056-2307 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cc | *+ | Deutsche Bank National Trust Company, As Trustee,, 1761 E Saint Andrew Place, Santa Ana, CA 92705-4934 |
| cd | *+ | Robert Strange, Jr, 5531 Cedar Creek Drive, Houston, TX 77056-2307 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason Andrew LeBoeuf | on behalf of Plaintiff Robert Strange  Jr jason@leboeuflawfirm.com |
| Jason Andrew LeBoeuf | on behalf of Counter-Defendant Robert Strange  Jr jason@leboeuflawfirm.com |
| Michael L Weems | on behalf of Counter-Claimant Deutsche Bank National Trust Company  As Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-4, Asset-Backed Certificates, Series 2004-4 mlw@hwa.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Nov 02, 2023 | Form ID: pdf002 | Total Noticed: 2 |

Michael L Weems   on behalf of Defendant Deutsche Bank National Trust Company  As Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-4, Asset-Backed Certificates, Series 2004-4 mlw@hwa.com

TOTAL: 4